UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFEX FOUNDATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAFETH, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 21-cv-161 (BAH) <br><br> Chief Judge Beryl A. Howell |

**AMENDED TEMPORARY RESTRAINING ORDER**

Upon consideration of plaintiffs' Application for a Temporary Restraining Order, ECF No. 4, the memorandum and declaration submitted in support, and exhibits thereto, defendants' sealed emails in opposition, ECF No. 10, and the entire record herein, for the reasons stated at the January 26, 2021 hearing on plaintiffs' Application for a Temporary Restraining Order, it is hereby

**ORDERED** that plaintiffs' Application for a Temporary Restraining Order, ECF No. 4, is GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that defendants Safeth, Ltd., Joey Lathus, and Cynthia Lathus are restrained from taking or directing others to take the following actions:

(1) Using in commerce or in connection with any good or service plaintiffs' "Safex" mark and logo, including the name "Safex Platinum" and defendants' logo, or any other mark, name, or design that creates a likelihood of confusion with plaintiffs' "Safex" mark and logo;

(2) Disseminating, on defendants' websites, marketing materials, social media platforms, and other public forums, any written or oral statements that plaintiffs are infringing upon defendants' trademarks; and

  (3) making any further misrepresentations to the U.S. Patent and Trademark Office; and it is further

**ORDERED** that plaintiffs' Application for a Temporary Restraining Order, ECF No. 4, is DENIED to the extent it seeks to enjoin defendants from making further defamatory statements about plaintiffs accusing them of running a scam or facilitating criminal activity; and it is further

**ORDERED** that the temporary restraints set forth above shall remain in effect pending the Court's ruling on plaintiffs' Motion for a Preliminary Injunction, ECF No. 4; and it is further

**ORDERED** that defendants shall submit to the Court via email, at Howell_Chambers@dcd.uscourts.gov, by February 2, 2021, a letter describing the steps they have taken to comply with the temporary restraints set forth above, in particular with the restraints on infringing plaintiffs' mark and logo;

**ORDERED** that the parties shall confer and jointly submit to the Court, by February 2, 2021, a proposed briefing schedule on plaintiffs' Motion for a Preliminary Injunction, ECF No. 4; and it is further

**ORDERED** that plaintiffs shall serve a copy of this order on defendants by email.

**SO ORDERED.**

Date: January 27, 2021

                    _____
                    BERYL A. HOWELL
                    Chief Judge