UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAFEX FOUNDATION, INC., *et al.*,

    Plaintiffs,

v.

SAFETH, LTD., *et al.*,

    Defendants.

Civil Action No. 21-161 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Plaintiffs in this case filed, on January 18, 2021, a Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction, ECF No. 4.  On January 26, 2021, following a hearing at which defendants were present and represented themselves *pro se*, *see* Min. Entry (Jan. 26, 2021), plaintiffs' Motion for a Temporary Restraining Order was granted in part and denied in part, *see* Amended Temporary Restraining Order, ECF No. 20.  On March 26, 2021, plaintiffs' Motion for a Preliminary Injunction was granted in part and denied in part.  *See* Order, ECF No. 31.  In lieu of filing formal oppositions to plaintiffs' Motion for a Temporary Restraining Order or Motion for a Preliminary Injunction, defendants sent the the Court several emails, which emails the Court has docketed under seal.  *See* Sealed Document, ECF No. 15; Sealed Document, ECF No. 30.

As the Court three times explained to defendants, *see* Min. Orders (Jan. 25, 2021 and Feb. 3, 2021); Tr. Mot. Hr'g at 4–5 (Jan. 26, 2021), ECF No. 22, defendant Safeth, Ltd., as a limited company, must be represented by counsel in this matter and may not proceed *pro se*, *see Greater Se. Cmty. Hosp. Found. v. Potter*, 586 F.3d 1, 4 (D.C. Cir. 2009) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." (omission in original) (quoting *Rowland v. Cal. Men's Colony*, 506

U.S. 194, 201–02 (1993))), and a default has now been entered against defendant Safeth, Ltd. for failure to appear, *see* Entry of Default, ECF No. 29.

If individual defendants Mr. Joseph Lathus and Ms. Cynthia Lathus wish to continue representing *themselves pro se*, the Court hereby advises defendants Mr. Lathus and Ms. Lathus of the following obligations that they must undertake under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

The Court has notified the parties via minute order, dated March 26, 2021, that the preliminary injunction in this case may be converted into a permanent injunction, and directed the parties to provide their views on that course of action no later than April 9, 2021. *See* Min. Order (Mar. 26, 2021). Thus, defendants have an opportunity to present their views on whether the preliminary injunction should be converted into a permanent injunction, by filing a formal statement on the docket. If defendants do not respond to the Court's minute order by April 9, 2021, the Court may, in its discretion, conclude that they do not object to the entry of a permanent injunction enjoining them from engaging in certain behaviors and making certain categories of statements. *See* Order, ECF No. 30 (identifying the behaviors in which defendants are preliminary enjoined from engaging); *accord* LCvR 7(b) (noting that the consequences of failure to file any opposition to a dispositive motion within the prescribed time is that "the Court may treat the motion as conceded."). Additionally, the Court may choose to treat as conceded any unopposed arguments by plaintiffs and, if warranted, enter a permanent injunction against defendants.

Consequently, any failure to respond in a timely manner carries the risk that a permanent injunction will be entered against defendants.

Accordingly, it is hereby

**ORDERED** that defendants Joseph Lathus and Cynthia Lathus shall file a response to the Court's March 26, 2021 minute order on or before **April 9, 2021,** or the Court may, if the circumstances warrant, conclude that they do not object to the entry of a permanent injunction against them; and it is further

**ORDERED** that the Clerk of the Court shall serve a copies of (1) this Order, and (2) the Court's March 26, 2021 minute order, on defendants via email.

**SO ORDERED.**

Date: March 26, 2021

_____
BERYL A. HOWELL
Chief Judge